395 A.2d 959

Andrews et al., Appellants, v. Grow et al.

Argued September 11, 1978. Allen L. Feingold, for appellants; William Beatty, for appellees.

Before PRICE, HESTER and HOFFMAN, JJ.

Order affirmed; petition for reargument denied December 4, 1978.